# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2829
_____

J.D., Father of W.S.D., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

November 1, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Audrie H. Hoehn of Audrie M. Harris, P.A., Gainesville, for Appellant.

Ward L. Metzger, Children's Legal Services, Department of Children and Families, Jacksonville; Thomasina F. Moore, Statewide Director of Appeals, and Sara E. Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee; and Beth Kathryn Roland, Defending Best Interests Project, Florida Statewide Guardian ad Litem Office, Orlando, for Appellee.